WM. H. LEWIS v. J. W. STOUT ET AL.

(Filed 9 March, 1932.)

APPEAL by defendants from *Cranmer, J.,* at November Term, 1931, of LEE.

Proceeding before the Industrial Commission for an award under the Workmen's Compensation Act. Award allowed from which the defendants appealed to the Superior Court where the findings and conclusions of the Commission were approved. From the judgment of the Superior Court, the defendants appeal.

*Kenneth C. Royall and D. C. Humphrey for plaintiff.*
*H. C. Renegar and A. A. F. Seawell for defendants.*

PER CURIAM. The record discloses no valid exceptive assignment of error.

Affirmed.